## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BROADBASED EQUITIES, on behalf of
itself and all others similarly situated,

    Plaintiff,

v.                                                              CASE NO: 8:09-cv-2473-T-26TBM

KEITH OLSEN, WILLIAM LUBY,
KATHLEEN EARLEY, GEORGE KELLY,
ARTHUR MATIN, G. MICHAEL SIEVERT,
MICHAEL SILECK, M. ALEX WHITE,
SWITCH & DATA FACILITIES COMPANY
INC., and EQUINIX, INC.,

    Defendants.
_____/

## O R D E R

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Motion for Enlargement of Time on Upcoming Deadlines (Dkt. 13) is granted.

    2)    Defendants' opposition to the motion for expedited discovery shall be filed no later than Monday, January 11, 2010.

    3)    The hearing on Plaintiff's motion for expedited discovery is rescheduled for **Tuesday, January 12, 2010, at 8:30 a.m.**

4)      Defendants' responses to Plaintiff's complaint and document requests shall be provided no later than Wednesday, January 13, 2010.

**DONE AND ORDERED** at Tampa, Florida, on January 6, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Louise McAlpin, louise.mcalpin@hklaw.com
Michael Chapman, michael.chapman@hklaw.com