UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BROADBASED EQUITIES, on behalf of
itself and all others similarly situated,

    Plaintiff,

v.                                                                  CASE NO: 8:09-cv-2473-T-26TBM

KEITH OLSEN, WILLIAM LUBY,
KATHLEEN EARLEY, GEORGE KELLY,
ARTHUR MATIN, G. MICHAEL SIEVERT,
MICHAEL SILECK, M. ALEX WHITE,
SWITCH & DATA FACILITIES COMPANY, INC.,
and EQUINIX, INC.,

    Defendants.
_____/

**O R D E R**

    Pending before the Court is Plaintiff's motion for expedited discovery to which Defendants have filed a response. The Court has scheduled a hearing on the motion for tomorrow, Tuesday, January 12, 2010, at 10:00 a.m.

    According to Defendants' response, there are two other actions to enjoin the proposed acquisition which were filed prior to the institution of this lawsuit - one filed in a Delaware state court on November 4, 2009, and one filed in a Florida state court on November 10, 2009. In view of that representation, counsel for the parties shall be prepared to address the issue of why this Court should not defer to the Delaware state court or, alternatively, the Florida state court, in light of Eleventh Circuit precedent holding that "[i]n the absence of compelling circumstances, the court initially seized of a controversy should be the one to decide the case." Merrill Lynch,

Pierce, Fenner & Smith, Inc. v. Haydu, 675 F.2d 1169, 1174 (11th Cir. 1982) (citing Mann Mfg., Inc. v. Hortex, Inc., 439 F.2d 403 (5th Cir. 1971)); accord Manuel v. Convergys Corp., 430 F.3d 1132, 1135-36 (11th Cir. 2005) (citing and quoting Haydu).

**DONE AND ORDERED** at Tampa, Florida, on January 11, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record