UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERKS MINUTES - GENERAL**

---

CASE NO.   8:09-cv-2473-T-26TBM          DATE: January 12, 2010

TITLE: Broadbased Equities  v.  Keith Olsen, et al.,

Time: 10:00  - 11:20                                  Total: 1.20

---

JUDGE: **RICHARD A. LAZZARA**          COURTROOM DEPUTY:   Susan Saylor

COURT REPORTER: Claudia Spangler-Fry          COURTROOM:  15B

---

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
| Ricard Brualdi | Louis McAlpin |
| Kenneth Vianale | Samuel Salario, Jr. |
|  | Kevin McCoy |

---

PROCEEDINGS:   **MOTION HEARING RE: Pltf's MOTION [Dkt #7] to expedite deposition discovery**

Pltfs oral argument as to his Motion to expedite deposition discovery

Defense oral argument in opposition

Pltfs rebuttal

Court made oral ruling on the record that the motion is denied, deft to file motions to dismiss tomorrow and pltf shall file its response within 14 days.