UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BROADBASED EQUITIES, on behalf of
itself and all others similarly situated,

    Plaintiff,

v.          CASE NO: 8:09-cv-2473-T-26TBM

KEITH OLSEN, WILLIAM LUBY,
KATHLEEN EARLEY, GEORGE KELLY,
ARTHUR MATIN, G. MICHAEL SIEVERT,
MICHAEL SILECK, M. ALEX WHITE,
SWITCH & DATA FACILITIES COMPANY, INC.,
and EQUINIX, INC.,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the parties' written submissions and oral arguments, and for the reasons announced on the record at the conclusion of the hearing held in this case this day, it is ordered and adjudged that Plaintiff's Emergency Motion for Limited Expedited Depositions (Dkt. 7) is denied. In light of Plaintiff's presentation, the Court is wholly unable to find that the depositions requested by Plaintiff "are necessary to preserve evidence or to prevent undue prejudice to [the Plaintiff]." 15 U.S.C. § 78u-4(b)(3)(B).

**DONE AND ORDERED** at Tampa, Florida, on January 12, 2010.

    s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record