**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BROADBASED EQUITIES, on behalf of
itself and all others similarly situated,

    Plaintiff,
v.
                                        CASE NO: 8:09-cv-2473-T-26TBM
KEITH OLSEN, WILLIAM LUBY,
KATHLEEN EARLEY, GEORGE KELLY,
ARTHUR MATIN, G. MICHAEL SIEVERT,
MICHAEL SILECK, M. ALEX WHITE,
SWITCH & DATA FACILITIES COMPANY,
INC., and EQUINIX, INC.,

    Defendants.
_____/

## O R D E R

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Motion to Extend Plaintiff's Time to Respond to Motions to Dismiss and to Stay Proceedings (Dkt. 29) is granted.

    2)    All proceedings in this case, including the requirement that Plaintiff respond to Defendants pending motions to dismiss, are stayed pending the parties' attempt to settle this case.

    3)    The parties shall file every sixty (60) days following the entry of this order a status report advising the Court of the status of their settlement efforts.

4) The clerk is directed to administratively close this case and to terminate the pending motions to dismiss found at dockets 26 and 27 during the period of the stay, subject to the right of any party to file a motion to reopen and to restore the motions to pending status in the event the parties are unable to settle this case.

**DONE AND ORDERED** at Tampa, Florida, on January 22, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record