UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BROADBASED EQUITIES, on
behalf of itself and all others
similarly situated,

    Plaintiff,

v.                                         Case No.: 8:09-cv-2473-T-26TBM

KEITH OLSEN, WILLIAM LUBY
KATHLEEN EARLEY, GEORGE
KELLY, ARTHUR MATIN, G.
MICHAEL SIEVERT, MICHAEL
SILECK, M. ALEX WHITE,
SWITCH & DATA FACILITIES COMPANY,
INC., and EQUINIX, INC.,

    Defendants.
_____/

## JOINT STATUS REPORT CONCERNING SETTLEMENT

Pursuant to this Court's Order dated January 22, 2010 (Dkt. 30), Plaintiff and Defendants jointly submit this status report to advise the Court of the status of their settlement efforts.

1.    On January 21, 2010, the parties filed a Joint Motion to Extend Plaintiff's Time to Respond to Motions to Dismiss and to Stay Proceedings (Dkt. 29). The parties notified the Court that they had reached an agreement in principle to settle this action and two other putative class action cases – one filed in Florida state court, and the other filed in Delaware state court – making similar allegations (the "Actions"). The motion advised the Court that (1) the settlement was subject to, among other things, confirmatory discovery, a written stipulation of settlement, and court approval and (2) approval proceedings, including notice to the prospective class, were to occur in the action filed in Florida state court (the "Florida State Court Action").

16581973.1

2. On January 22, 2010, the Court entered an Order (Dkt. 30) granting the Joint Motion, staying all proceedings pending the parties' attempt to settle the case, and directing that "[t]he parties shall filed every sixty (60) days following the entry of this order a status report advising the Court of the status of their settlement efforts."

3. Counsel for plaintiffs' in the related state court actions have taken confirmatory discovery, including the depositions of the Chairman of the Board of Directors of Defendant Switch & Data Facilities Company, Inc. and a representative of one of the investment bankers that advised Switch & Data in the transaction that is the subject of the Actions.

4. In addition, the parties to the Actions have negotiated, drafted, and agreed to a definitive Stipulation of Settlement and Release (the "Stipulation") and related documents, including a form of notice to the prospective class members in the Actions. The Stipulation has been executed by some of the parties, and signatures for the other parties are in process.

5. Promptly upon complete execution of the Stipulation, the plaintiff in the Florida State Court Action will file in that action a motion for preliminary approval of the settlement, requesting that the court in that action certify a class for settlement purposes, direct the provision of notice to the class, and schedule a final hearing to determine the fairness, adequacy, and reasonableness of the settlement.

6. At present, the parties believe that they are approximately 120 days from a final approval hearing in the state court action. The parties will keep this Court informed of the progress of settlement in the state court action.

Dated: March 23, 2010                                                           Respectfully submitted:

                                                                                s/Kenneth Vianale
                                                                                Kenneth Vianale
                                                                                Florida Bar Number: 0169668

Julie Prag Vianale
Florida Bar Number:  0184977
**VIANALE & VIANALE, LLP**
2499 Glades Road, Suite 112
Boca Raton, Florida 33431
Telephone: (561)392-4750
Facsimile:  (561)398-4775
kvianale@vianalelaw.com
jvianale@vianalelaw.com

*Trial Counsel*

Richard B. Brualdi
**THE BRUALDI LAW FIRM, P.C.**
29 Broadway, 24th Floor
New York, NY 10006

*Of Counsel*

s/Louise McAlpin
Louise McAlpin
Florida Bar Number: 983810
Mara Geronemus
Florida Bar Number:  019086
**HOLLAND & KNIGHT LLP**
Suite 3000
701 Brickell Avenue
Miami, FL 33131
Telephone: (305)374-8500
Facsimile:  (305)789-7799

Michael L. Chapman
Florida Bar Number:  843555
Post Office Box 1288
Tampa, FL 33601-1288
Telephone:  (813) 227-8500
Facsimile:  (813) 229-0134

*Attorney for Defendants Switch and Data Facilities Company, Inc., Kathleen Earley, George Kelly, William Luby, Arthur Matin, Keith Olsen, G. Michael Sievert, Michael Sileck, and M. Alex White*

<u>s/Samuel J. Salario, Jr.</u>
Samuel J. Salario, Jr.
Florida Bar No.: 083460
Kevin P. McCoy
Florida Bar No.: 036225
**CARLTON FIELDS, P.A.**
4221 W. Boy Scout Boulevard
Tampa, FL 33607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133

*Counsel for Defendant Equinix, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 23, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Richard B. Brualdi**
  rbrualdi@brualdilawfirm.com

**Louise McAlpin**
  louise.mcalpin@hklaw.com

**Mara Aronson Geronemus**
  mara.geronemus@hklaw.com, angel.barber@hklaw.com

**Michael Chapman**
  Michael.chapman@hklaw.com

**Samuel J. Salario, Jr.**
  ssalario@carltonfields.com


I sent by U.S. Mail copies to the following parties not currently registered with the CM-ECF system:

**Neil Potischman**
Davis Polk & Wardwell, LLP
1600 El Camino Real
Menlo Park, CA 94025


                                                    s/Samuel J. Salario, Jr.
                                                  Attorney